**BURSOR & FISHER, P.A.**
Daniel S. Guerra (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: dguerera@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*Pro Hac Vice*)
50 Main St., Ste. 475
White Plains, NY 10506
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: mgirardi@bursor.com

*Attorneys for Plaintiff*

[*Additional counsel on signature page*]

**ZWILLGEN LAW PLLC**
Michael C. Bleicher (State Bar No. 313892)
Jacob A. Sommer (*Pro Hac Vice*)
1900 M Street, NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
Email: jake@zwillgen.com
michael.bleicher@zwillgen.com

**ZWILLGEN LAW LLP**
Oliver M. Kiefer (State Bar No. 332830)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (202) 296-3585
Email: oliver.kiefer@zwillgen.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JANELLE COCHRANE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PEOPLE DATA LABS, INC.,

Defendant.

Case No. 3:25-cv-09533-RFL

**JOINT STIPULATION TO STAY ALL DEADLINES PENDING MEDIATION**

*[[Proposed] Order filed concurrently herewith]*

Janelle Cochrane ("Plaintiff") and People Data Labs, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 29, 2025, Plaintiff commenced this action by filing a Complaint in the Superior Court of the State of California for the County of San Francisco (ECF No. 1);

WHEREAS, on October 8, 2025, Defendant's registered agent was served with a copy of the Summons and Complaint (*id.*);

WHEREAS, on November 5, 2025, Defendant removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453 (*id.*);

WHEREAS, on November 26, 2025, Defendant filed a motion to dismiss the Complaint (ECF No. 12);

WHEREAS, on December 10, 2025, Plaintiff filed her opposition to Defendant's motion to dismiss the Complaint (ECF No. 15);

WHEREAS, on December 17, 2025, Defendant filed a reply in support of its motion to dismiss the Complaint (ECF No. 17);

WHEREAS, on January 15, 2026, the Court entered an Order directing the parties to simultaneously file written responses of no more than five pages, by January 30, 2026, regarding whether Plaintiff has Article III standing and whether this case should be remanded (ECF No. 26);

WHEREAS, the Parties have agreed to participate in a private mediation on March 3, 2026, with The Honorable James F. Holderman (Ret.), formerly of the United States District Court for the Northern District of Illinois and now with JAMS;

WHEREAS, the Parties desire to avoid the time and expense of proceeding with litigation, and the unnecessary use of judicial resources, while they prepare for and participate in mediation that may result in a settlement of this action;

WHEREAS, to maintain the status quo and facilitate settlement efforts, the Parties agree that a stay of this litigation is appropriate pending the outcome of mediation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties to this action, through their respective counsel, as follows:

1. This action shall be stayed up to and including March 17, 2026, subject to further extension upon the Parties' agreement and approval by the Court.

2. All current dates and deadlines for this action shall be vacated.

3. The Parties shall report to the Court on or before March 17, 2026, regarding the outcome of the mediation and the status of settlement negotiations.

**IT IS SO STIPULATED.**

Dated: January 21, 2026

**BURSOR & FISHER, P.A.**

By: *__/s/ Daniel S. Guerra_______*

Daniel S. Guerra (State Bar No. 267559)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: dguerra@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*pro hac vice*)
50 Main St., Ste. 475
White Plains, NY 10506
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: mgirardi@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7127
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorneys for Plaintiff*

Dated: January 21, 2026

**ZWILLGEN LAW PLLC**

By: *__/s/ Michael C. Bleicher_____*

Michael C. Bleicher (State Bar No. 313892)
Jacob A. Sommer (*Pro Hac Vice*)

1900 M Street, NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
E-mail: michael.bleicher@zwillgen.com
jake@zwillgen.com

**ZWILLGEN LAW LLP**
Oliver M. Kiefer (State Bar No. 332830)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (202) 296-3585
E-mail: oliver.kiefer@zwillgen.com

*Attorneys for Defendant*

## ATTESTATION

I, Daniel S. Guerra, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

*/s/ Daniel S. Guerra*