**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JANELLE COCHRANE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PEOPLE DATA LABS, INC.,

Defendant.

Case No. 3:25-cv-09533-RFL

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ALL DEADLINES PENDING MEDIATION**

**[~~PROPOSED~~] ORDER**

Based on the Joint Stipulation to Stay all Deadlines Pending Mediation ("Stipulation") filed by Plaintiff Janelle Cochrane and Defendant People Data Labs, Inc. (collectively, the "Parties"), and for good cause shown, IT IS HEREBY ORDERED:

1. This action shall be stayed up to and including March 17, 2026, subject to further extension upon the Parties' agreement and approval by the Court.

2. All current dates and deadlines for this action shall be vacated.

3. The Parties shall report to the Court on or before March 17, 2026, regarding the outcome of the mediation and the status of settlement negotiations.

**IT IS SO ORDERED.**

Dated: **January 23, 2026**

HONORABLE RITA F. LIN
United States District Court Judge