**BURSOR & FISHER, P.A.**
Daniel S. Guerra (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: dguerera@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*Pro Hac Vice*)
50 Main St., Ste. 475
White Plains, NY 10506
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: mgirardi@bursor.com

*Attorneys for Plaintiff*

[*Additional counsel on signature page*]

**ZWILLGEN LAW PLLC**
Michael C. Bleicher (State Bar No. 313892)
Jacob A. Sommer (*Pro Hac Vice*)
1900 M Street, NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
Email: jake@zwillgen.com
michael.bleicher@zwillgen.com

**ZWILLGEN LAW LLP**
Oliver M. Kiefer (State Bar No. 332830)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (202) 296-3585
Email: oliver.kiefer@zwillgen.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JANELLE COCHRANE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PEOPLE DATA LABS, INC.,

Defendant.

Case No. 3:25-cv-09533-RFL

**JOINT STATUS REPORT**

Plaintiff Janelle Cochrane ("Plaintiff") and People Data Labs, Inc. ("Defendant") (collectively, the "Parties") hereby jointly provide this status update through their undersigned counsel.

The Parties are in the process of finalizing a memorandum of understanding for the purpose of resolving all claims alleged in the Complaint (ECF No. 1-1) filed in this action. The parties anticipate filing a notice of settlement on or before March 20, 2026. The Parties respectfully request that the Court continue the stay of the deadlines set forth in the Court's previous Order Granting Joint Stipulation To Stay All Deadlines (ECF No. 29). In light of the foregoing, the Parties believe that a stay of the proceedings is in the interests of justice and will preserve party and judicial resources.

Dated: March 17, 2026

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Daniel S. Guerra</u>*

Daniel S. Guerra (State Bar No. 267559)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: dguerra@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*pro hac vice*)
50 Main St., Ste. 475
White Plains, NY 10506
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: mgirardi@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7127
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorneys for Plaintiff*

Dated: March 17, 2026

**ZWILLGEN LAW PLLC**

By: *<u>/s/ Michael C. Bleicher</u>*

Michael C. Bleicher (State Bar No. 313892)
Jacob A. Sommer (*Pro Hac Vice*)
1900 M Street, NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
E-mail: michael.bleicher@zwillgen.com
jake@zwillgen.com

**ZWILLGEN LAW LLP**
Oliver M. Kiefer (State Bar No. 332830)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (202) 296-3585
E-mail: oliver.kiefer@zwillgen.com

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

*<u>/s/ Daniel S. Guerra</u>*
Daniel S. Guerra