UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANELLE COCHRANE,

Plaintiff,

v.

PEOPLE DATA LABS, INC.,

Defendant.

Case No.  25-cv-09533-RFL

**ORDER LIFITNG STAY AND TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

Re: Dkt. No. 32

The parties have informed the Court that they have reached a class action settlement. (Dkt. No. 32.)  However, the Court cannot proceed with preliminary approval of the class action settlement if it lacks Article III jurisdiction.  *See NEI Contracting & Eng'g, Inc. v. Hanson Aggregates Pac. Sw., Inc.*, 926 F.3d 528, 532 (9th Cir. 2019).  Accordingly, the stay pending mediation (Dkt. Nos. 29, 31) is **LIFTED** for the limited purpose of permitting the parties to respond to the Court's order to show cause.  (Dkt. No. 26.)  The parties are **ORDERED** to file a joint response of no more than five pages, by **April 7, 2026**, regarding whether Cochrane has Article III standing and whether this case should be remanded.

**IT IS SO ORDERED.**

Dated: March 24, 2026

RITA F. LIN
United States District Judge

1