**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANELLE COCHRANE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PEOPLE DATA LABS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:25-cv-09533-RFL<br><br><br>Judge:　　Hon. Rita F. Lin<br><br>**DECLARATION OF SETTLEMENT ADMINSTRATOR SIMPLURIS INC IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

---

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

I, Julie Meichsner, declare as follows:

1.    I am Vice President of Legal Notice at Simpluris, Inc. ("Simpluris" or the "Administrator"), a national full-service class action notice and claims administrator with offices in Costa Mesa, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I certify that the statements set forth in this declaration are true and correct. The information stated herein is either known to me personally or has been provided to me by Simpluris staff, and I believe such information to be accurate and true.

2.    I have an extensive background in legal marketing and over twelve years of advertising experience. I have personally developed and overseen hundreds of notice programs and settlement administrations for both federal and state courts, including some of the largest and most complex programs ever implemented in the United States as well as globally.

3.    Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 9,000 cases and distributed over $7 billion in funds. Our leadership team has nearly 150 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## **PRIVACY AND SECURITY**

4.    Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to

1

prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

5.      Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs ("AICPA") to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

6.      As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

**Security and Access Controls**

7.      In compliance with the above certifications, Simpluris maintains strict physical and electronic access controls. For physical infrastructure and equipment these include access logs, video monitoring, and alarm systems. For electronic systems, this includes comprehensive, constantly monitored and updated, best-in-class anti-intrusion and anti-exfiltration measures. Access privileges to all computers, including individual employee workstations, is limited to the minimum required. Requests for additional privileges must be approved by both the employee's manager and IT security.

**Administrative Policies**

8.      All Simpluris employees undergo a pre-hire background check and screening process.

9.      All Simpluris employees enter into a non-disclosure agreement.

10.     All Simpluris employees are required to undergo HIPAA training.

2

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

11. All Simpluris employees are held to the highest ethical standards, and expected behavior is codified in the Employee Handbook, as well as other written policies and procedures. Simpluris adheres to clearly defined disciplinary procedures, and violations of policy can result in consequences up to and including termination of employment.

12. When employment ends, the former employee's access to all Simpluris physical locations and electronic systems is immediately terminated.

13. Simpluris carefully reviews all vendors and third-party services and service providers, and engages only those who meet our high standards for security and reliability.

14. Simpluris has never experienced a data breach. However, should such an event take place, Simpluris maintains a detailed incident response plan. The plan includes specific internal procedures and responses, as well as external notifications to our general counsel and third-party stakeholders.

15. Simpluris has never resigned from or been terminated from its settlement administration duties prior to completion of a court-approved administration.

**Data Practices**

16. Simpluris will collect and maintain class data only to the extent required to facilitate the administration of this Settlement.

17. In all situations in which Simpluris employees handle personal identifiable information ("PII"), including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party settlement administrator.

18. Class member data is maintained and preserved only for as long as required for administration of the settlement and any relevant subsequent reporting required. Such data maintained on Simpluris' systems, including backups, is then deleted using NIST/DOD standards. Any data existing on external drives or other media provided to Simpluris in the course of the administration are either securely returned to the party that provided them, or wiped using NIST/DOD standards and physically destroyed.

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

**Insurance**

19.     Simpluris maintains appropriate insurance coverage, including E & O and cybersecurity policies.

**Data Privacy**

20.     Simpluris does not sell, rent, or otherwise disclose settlement class member information or visitor data gathered from the settlement site to third parties for commercial or marketing purposes.

21.     Simpluris websites utilize third-party tracking and analytics tools (such as pixels or similar technologies) solely for the purposes of validating submissions, ensuring website functionality, maintaining the integrity and security of the claims process, and for reporting and analysis related to performance of the administration services.

**Artificial Intelligence**

22.     Artificial intelligence is not used to make autonomous determinations regarding settlement eligibility, claim valuation, or other material outcomes. To the extent certain automated or AI-based or assisted tools are used by Simpluris or its subcontractors in its operations (e.g., for data validation, fraud detection, or document processing), such tools are strictly supportive and remain subject to human review.

The Administrator maintains appropriate safeguards consistent with industry standards, including: (i) human oversight of all consequential decisions; (ii) data minimization and purpose limitation, with no use of settlement data for model training; (iii) validation and quality control procedures to ensure accuracy; (iv) measures to identify and mitigate potential bias; (v) due diligence and contractual restrictions for any third-party tools; (vi) staff training on appropriate usage and published policies; and (vii) security and privacy controls aligned with applicable data protection requirements.

**Fraud Prevention**

23.     Simpluris maintains a multi-layered fraud prevention program designed to detect and prevent fraudulent submissions at both the point of entry and prior to payment distribution.

4

Controls are implemented to validate submission traffic and restrict unauthorized or automated access to the claims process.

24.     Each submission is subject to risk-based evaluation at the time of receipt, including assessment of IP and related indicators. Prior to disbursement, submissions undergo additional review to identify potentially suspicious or coordinated activity, including analysis of payment destinations for indicators such as newly established or related accounts. The Administrator also performs periodic reviews to detect anomalies, including unusual volumes of payments directed to linked accounts, and may investigate, suspend, or withhold payments as appropriate.

## FINANCIALS AND FEES

### Administrator's Financial Disclosures

25.     Beyond the fees stated in the preliminary approval papers, Simpluris will receive fees from any modification or amendment of the bid describing Simpluris' services accepted by the parties, which may include fees associated with change in service scope such as  an increased class size or additional activities, or use of alternative or additional notice measures, as coordinated with counsel. Simpluris will not generate any income from interest or float on settlement deposits, payments from depository banks, any revenue-sharing, ownership percentage, or markups on settlement services from payment, claims processing, social media or other vendors.

### Class Member Fees

26.     Simpluris will not charge class members or claimants in connection with the settlement, including but not limited to interchange fees, dormancy fees, or retention of residual balances.

### Administration Costs per Valid Claim

27.     In five recent class settlements adjudicated in the state or federal courts of California where Simpluris was selected as the settlement administrator, Simpluris' settlement administration fees per valid claim submitted ranged[1] from $4.69 to $7.84.

---

[1] Fees per valid claim may vary depending on the class size, notice program requirements, and notice methods applicable to a particular settlement.

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

**OVERVIEW**

28.    Simpluris has been selected by counsel in the captioned matter to serve as the class action Settlement Administrator in this case. Based on information provided by the parties to date, Simpluris anticipates notice and administration expenses in the amount of $175,599.00.

29.    Per the information provided by the parties to date, in the course of this administration Simpluris will be charged with, among other responsibilities:

a.    Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

b.    Developing and maintaining an interactive settlement website that will host relevant settlement documents; allow eligible Class Members to submit electronic claim forms; and comply with data privacy requirements, including a detailed privacy policy;

c.    Processing claim forms, incoming requests for exclusion, objections, and related class correspondence;

d.    Sending an email notice of the Settlement to Class Members for whom valid email addresses are available, to provide information on how to submit a claim, the deadline to do so, and other relevant dates;

e.    Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

f.    Processing payments to Class Members who submit Valid Claims;

g.    Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

h.    Reporting on the status of the claims and distribution as required by the parties and Court.

**NOTICE PROGRAM**

30.    The Notice Program is designed using best practices and techniques commonly used in similar cases and approved by both federal and state courts.

6

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

31.     "Individual notice must be sent to all class members whose names and addresses may be ascertained through reasonable effort." *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974). Additionally, the means used to provide class notice must reflect a desire of "actually informing" the class. *Id* at 174.

32.     Based on communications with counsel, Simpluris expects to receive email addresses for the entire Settlement Class. Once the class data is received and analyzed, Simpluris will execute the direct notice program described below.

33.     Prior to sending direct email notice, Simpluris will confirm that all email addresses received are properly formatted and able to receive notice. If direct email notice is returned, or "bounced back," Simpluris will send a postcard notice.

34.     According to 2025 MRI-Simmons Fall Doublebase data[2], English is spoken either as the primary or another household language in approximately 98.19% of Colorado households. Based on this data, Simpluris believes dissemination of the Notice in English is appropriate to inform Settlement Class Members of the Action and their rights.

## **CONCLUSION**

35.     The Notice Program outlined above includes direct notice by email to all individually ascertainable Settlement Class Members. Further, the Notice Program includes a dedicated Settlement Website, and a toll-free telephone number to provide additional opportunities for Settlement Class Members to obtain information about the Settlement and their rights and options.

36.     In *Judge's Class Action Notice and Claims Process Checklist and Plain Language Guide*, the Federal Judicial Center identifies 70% as a "high" percentage for notice reach. Simpluris expects to reach over 90% of the Settlement Class, meeting and exceeding this threshold.

---

[2] MRI-Simmons Fall 2025 Doublebase USA, MRI-Simmons is a syndicated consumer research and audience measurement dataset commonly used in advertising and media planning.

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

37.     I believe that the notice plan described above meets the requirements of due process, the notice guidelines published by the Federal Judicial Center, and all other applicable laws, regulations, and best practices.

38.     Simpluris will administer the Settlement Agreement, including claims processing and award disbursement, as agreed to by the parties and approved by the Court, and in accordance with industry best practices and in full compliance with all applicable federal and state statutes and regulations.

I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct. Executed on May 20, 2026, in Vero Beach, Florida.


_Julie Meichsner_
JULIE MEICHSNER

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.